IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| CALVIN GARY WALKER | § | |
| VS. | § | CIVIL ACTION NO. 9:25-cv-186 |
| DIRECTOR, TDCJ-CID | § | |

### MEMORANDUM OPINION AND ORDER REGARDING VENUE

Petitioner Calvin Gary Walker, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges a conviction in Jefferson County, Texas.

### Discussion

Petitioner filed this petition for writ of habeas corpus in the federal judicial district where he was convicted. Pursuant to 28 U.S.C. § 2241(d), a petitioner may bring his petition for writ of habeas corpus in the federal judicial district in which he was convicted or the district in which he is incarcerated. As Petitioner was convicted in this district, this court has jurisdiction over the petition.

However, while Jefferson County is located within the Eastern District of Texas, it is in the Beaumont Division, rather than the Lufkin Division. As a result, this case should be transferred to the Beaumont Division of this court.

### ORDER

For the reasons set forth above, it is **ORDERED** that this petition for writ of habeas corpus is **TRANSFERRED** to the Beaumont Division of this court.

**SIGNED this the 9th day of July, 2025.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE